NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 08-4132 (RBK) |
| v. | : | **ORDER** |
| BURLINGTON RESINS, INC., | : | |
| Defendant. | : | |

**KUGLER** United States District Judge:

**THIS MATTER** having come before the Court on Plaintiff, the United States of America's, Unopposed Motion for Leave to File a portion of the proposed Consent Decree in this matter under seal, and for good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and the United States has leave to file Appendix A to the Consent Decree under seal.


Date:   10-15-08                                  /s/ Robert B. Kugler
                                                  ROBERT B. KUGLER
                                                  United States District Judge